**Rosalind GREENE, Plaintiff—
Appellant,**

v.

**INOVA HEALTH SYSTEM
SERVICES, Defendant—
Appellee.**

**No. 06–1850.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 22, 2007.

Decided: Feb. 27, 2007.

Michele S. Bellizaire, Manassas, Virginia, for Appellant. Stephen W. Robinson,

Sarah A. Belger, McGuirewoods, LLP, McLean, Virginia, for Appellee.

Before WILLIAMS, MOTZ, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rosalind Greene appeals the district court's order dismissing her employment discrimination action pursuant to Fed. R.Civ.P. 12(b)(6). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Greene v. Inova Heath Sys.*, No. 1:05–cv–01400–LMB (E.D. Va. June 2, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*